Keith Melvin DUBRAY *v.* STATE of Arkansas

739 S.W.2d 166

Supreme Court of Arkansas
Opinion delivered November 16, 1987

*James R. Marschewski*, for appellant.

No response.

PER CURIAM. Petitioner Keith Melvin Dubray, by his attorney, has filed a motion for a rule on the clerk. His attorney, James R. Marschewski, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on

Professional Conduct.